IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Reginald Rose, ) | C/A No. 0:17-2921-RBH-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Lisa Young, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The self-represented plaintiff has filed this action seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff, an inmate with the South Carolina Department of Corrections, alleges violations of his constitutional rights by the named defendant. After a protracted series of motions in which the defendant sought and the court repeatedly ordered Plaintiff to respond to the defendant's discovery requests, Plaintiff indicates in his response filed December 10, 2018 (ECF No. 90) that he has no witnesses and possesses no documents responsive to the defendants' requests. Accordingly, pursuant to Federal Rule of Civil Procedure 37(c)(1), as Plaintiff has failed to provide information or identify any witness in accordance with the discovery process, he is hereby "not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at trial" unless he can meet the standard provided in Rule 37.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 20, 2018
Columbia, South Carolina